■ WILLIAMSTON PANTS CO., INC., et al., Appellants, v BANKERS TRUST COMPANY, Respondent. — Judgment, Supreme Court, New York County (Marks, J.), entered on September 15, 1981, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Appeal from order of said court entered on August 12, 1981, unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment,